UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SHANNON LEE, individually and as Guardian ad Litem for M.C., a minor and I.C. a minor; I.C., a minor, by and through his Guardian ad Litem Shannon Lee; M.C., a minor, by and through his Guardian ad Litem Shannon Lee,

Plaintiffs,

v.

UNITED STATES OF AMERICA; and DOES 1 through 50, inclusive,

Defendant.

No. 5:24-cv-00757-MWC-DTB

**ORDER DISMISSING ACTION WITH PREJUDICE (DKT. 68)**

Pursuant to the Stipulation for Dismissal filed by the parties (Dkt. 68), this action is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs, fees, and expenses.

**IT IS SO ORDERED.**

Dated: April 20, 2026

_____

Hon. Michelle Williams Court
United States District Judge

1